UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Shannon Carpenter

                          Plaintiff,

v.                                               Case No.: 1:21−cv−02906
                                                   Honorable Charles R. Norgle Sr.

McDonald's Corporation

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 28, 2021:

      MINUTE entry before the Honorable Charles R. Norgle: Plaintiff's response to Defendant's Motion to Dismiss for Failure to State a Claim [15] is due on or before 7/19/2021. Defendant's reply will be due on or before 8/2/2021. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.