## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| SHANNON CARPENTER, individually and on behalf of similarly situated individuals, | ) ) ) ) | |
| *Plaintiff*, | ) ) | No. 1:21-cv-02906 |
| v. | ) ) | Hon. Gary Feinerman |
| MCDONALD'S CORPORATION, | ) ) ) | Magistrate Susan E. Cox |
| *Defendant.* | ) | |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that on May 16, 2023, the Parties reached an agreement in principle to settle this matter on an individual basis. Upon execution of a settlement agreement, Plaintiff will dismiss his claims against Defendant with prejudice.

Dated: June 7, 2023          Respectfully Submitted,

SHANNON CARPENTER,

By: /s/ Eugene Y. Turin
      One of Plaintiff's Attorneys

Evan M. Meyers
Eugene Y. Turin
Colin P. Buscarini
MCGUIRE LAW, P.C.
55 W. Wacker Drive, 9th Fl.
Chicago, IL 60601
Tel: (312) 893-7002
emeyers@mcgpc.com
eturin@mcgpc.com
cbuscarini@mcgpc.com

*Attorneys for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2023, I electronically filed the foregoing *Notice of Settlement* with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ Eugene Y. Turin