### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| SHANNON CARPENTER, individually and on behalf of similarly situated individuals, | ) ) ) ) | |
| *Plaintiff*, | ) ) | No. 1:21-cv-02906 |
| v. | ) ) | Hon. John R. Blakey |
| MCDONALD'S CORPORATION, | ) ) | Magistrate Susan E. Cox |
| *Defendant.* | ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between Plaintiff Shannon Carpenter and Defendant McDonald's Corporation through their undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

| PLAINTIFF | DEFENDANT |
|---|---|
| SHANNON CARPENTER | MCDONALD'S CORPORATION |
| By: /s/ *Eugene Y. Turin* <br> One of his attorneys | By: /s/ *Efrat R. Schulman* <br> One of its attorneys |
| Evan M. Meyers <br> Eugene Y. Turin <br> MCGUIRE LAW, P.C. <br> 55 W. Wacker Drive, 9th Fl. <br> Chicago, IL 60601 <br> Tel: (312) 893-7002 <br> emeyers@mcgpc.com <br> eturin@mcgpc.com | Michael J. Gray <br> mjgray@jonesday.com <br> Efrat R. Schulman <br> eschulman@jonessday.com <br> Elsa Andrianifahanana <br> eandrianifahanana@jonesday.com <br> JONES DAY <br> 110 North Wacker Dr., Suite 4800 <br> Chicago, IL 60606 <br> Tel: (312) 269-4372 |

1

**CERTIFICATE OF SERVICE**

I hereby certify that July 12, 2023 I electronically filed the foregoing *Stipulation of Dismissal* with the Clerk of the Court using the CM/ECF system. A copy of said document will be electronically transmitted to all counsel of record.

/s/ *Eugene Y. Turin*